**Motion Denied; Appeal Dismissed and Memorandum Opinion filed April 22, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00153-CV

## FIDEL PIZANO AND MARIA SANCHEZ AND ALL OTHER OCCUPANTS, Appellants

### V.

## HREAL COMPANY, LLC, Appellee

**On Appeal from the Co Civil Ct at Law No 2
Harris County, Texas
Trial Court Cause No. 1041050**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed January 27, 2014. The notice of appeal was filed on February 13, 2014. To date, our records show that appellants have neither established indigence nor paid the $195.00 appellate filing fee. See Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence).

On March 21, 2014, this court ordered appellants to pay the appellate filing fee on or before March 31, 2014, or the appeal would be dismissed. No response has been filed. Accordingly, the appeal is ordered dismissed. See Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

Appellee has filed a motion to dismiss on the grounds the judgment was an agreed judgment. Appellant further requests sanctions against appellants for filing a groundless appeal. Appellee's motion to dismiss is denied as moot and appellee's request for sanctions is denied.

PER CURIAM

Panel consists of Justices Boyce, Busby and Wise.